IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                             CRIMINAL NO. 4:05CR6WHBJCS

THOMAS EARL HICKS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, THOMAS EARL HICKS, without prejudice.

DUNN LAMPTON
United States Attorney

/s/ *Dave Fulcher*
By:   DAVE FULCHER
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 3rd day of October, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE